**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| DANIEL KHOSHABA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:24cv237 |
| | ) | |
| JOSEPH D. STILWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE PLAN OF ALLOCATION**

NOW COMES Lead Plaintiff Daniel Khoshaba ("Lead Plaintiff"), unopposed, and moves the Court to enter the [Proposed] Final Judgment Approving Class Action Settlement, previously filed at ECF No. 94-1 at 102-09: (1) granting final approval of the proposed Settlement, (2) finally certifying the Class for settlement purposes, and (3) dismissing the Litigation and Released Claims with prejudice for the reasons more fully set forth in the Memorandum in Support filed contemporaneously herewith; and to enter an Order approving the proposed Plan of Allocation, attached hereto as Exhibit A.

Dated: February 24, 2026

Respectfully Submitted,

DANIEL KHOSHABA

*/s/ Marc B. Kramer*____________
Of Counsel

Marc B. Kramer (admitted *pro hac vice*)
Jeffrey A. Ritholtz (admitted *pro hac vice*)
Joseph R. Sparacio (admitted *pro hac vice*)
Rolnick Kramer Sadighi LLP

PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Phone: (212) 597-2800
MKramer@rksllp.com
JRitholtz@rksllp.com
JSparacio@rksllp.com

*Lead Counsel for Plaintiff and the Putative Class*

*/s/ Richard H. Ottinger*___________
Of Counsel

Richard H. Ottinger (VSB No. 38842)
Katherine M. Lennon (VSB No. 92358)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: (757) 446-8600
Richard.Ottinger@wrvblaw.com
Kate.Lennon@wrvblaw.com

*Local Counsel for Plaintiff and the Putative Class*